MAURICE DEUTSCH, Respondent, v. LEWIS & VALENTINE GOLF COURSE COMPANY, INC., and WESTCHESTER LINKS, INC., Appellants.— Order denying defendants' motion for judgment dismissing the complaint affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

CHARLES DIEFFENBACH, Respondent, v. HERMAN SCHWEBES and LOUISA SCHWEBES, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ALBERT J. DILG, Respondent, v. ANTHONY LONG, etc., and GRACE PUCCILLIO, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

VIOLET B. ELLICOTT, Appellant, v. CHARLES R. ELLICOTT, Respondent.— Order amending and modifying final judgment, and denying motion to punish plaintiff for contempt and to confirm referee's report, reversed upon the facts, with ten dollars costs and disbursements, and motion to confirm referee's report granted, with ten dollars costs. The determination of the official referee was amply supported by the proof. There was, therefore, no reason for refusing to confirm his report. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur. Settle order on notice.

CHARLES MARTIN FINK, Appellant, v. MARGARET WHITE FINK, Respondent.— Judgment of separation modified by reducing the alimony to $4,000 a year, and as so modified unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

SAM FISHMAN, Respondent, v. MOLLIE GARBER and BENJAMIN DANZIGER, Copartners, etc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NATHAN C. FONDA, Respondent, v. JOSEPH M. BALTZ, Appellant.— Order granting plaintiff's motion for a preference reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The facts presented by the moving papers are insufficient to warrant the granting of this order. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

LAURA F. FONDA, Respondent, v. JOSEPH M. BALTZ, Appellant.— Order granting plaintiff's motion for a preference reversed upon the law, without costs, and motion denied, without costs, upon authority of Fonda v. Baltz [ante, 861], decided herewith. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ROSE GROSS, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order granting plaintiff's motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.